IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| VIRGINIA E. BUCHANAN, et al., | : | |
|     Plaintiffs | : | |
| | : | |
| v. | : | CIVIL NO. AMD 07-2505 |
| | : | |
| MERCK & CO., INC., | : | |
|     Defendant | : | |

...o0o...

O R D E R

The court anticipates that a conditional transfer order will be issued by the Judicial Panel on Multidistrict Litigation shortly, and accordingly, it is this 10th day of October, 2007, by the United States District Court for the District of Maryland,

ORDERED that this matter be ADMINISTRATIVELY CLOSED while the case is pending before the JPML and a transferee court.

                                                /s/
                                    ANDRE M. DAVIS
                                    United States District Judge