Patricia J. Kasputys, Esquire
Law Offices of Peter G. Angelos, P.C.
100 North Charles Street
Baltimore, MD 21201
Tel: 410-649-2023
Fax: 410-649-2101
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO.: 3:07-cv-05543-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Virginia E. Buchanan and Sherman T. Buchanan, Sr.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, VIRGINIA E. BUCHANAN (Social Security Number 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) and SHERMAN T. BUCHANAN, SR. (Social Security Number 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), and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20th, 2009　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Patricia J. Kasputys
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: ___Oct. 12___, 2009   By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ___10/16/09___   _____
Hon. Charles R. Breyer
United States District Judge

